# THE MARKS LAW FIRM, P.C.

November 25, 2019

**Via: ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19

RE: **Prisciliano Cristobal Bonifacio v. Empire Corner 2 Inc. et al**
Docket: 1:19-cv-08355-JGK

Dear Judge Koeltl,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for December 2, 2019.

Defendants Empire Corner 2 Inc. and GV 1415 LLC were served through the Secretary of State on 9/30/2019. As of today, Plaintiff has not been contacted by Defendants nor have Defendants appeared, answered or otherwise moved. Plaintiff requests thirty (30) days to make additional attempts to contact Defendants and for Defendants to appear, answer or otherwise move. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

*Adjourned to Tuesday, February 11, 2020, at 4:30pm.*

*So Ordered.*

*[signed] /s/ John G. Koeltl
USDJ
11/26/19.*

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 - 3775, F: (646) 867 - 2639, brad@markslawpc.com
www.markslawpc.com