```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRISCILIANO CRISTOBAL BONIFACIO,              :
                                              :
                Plaintiff,                    :      19-CV-8355 (OTW)
                                              :
        -against-                             :      ORDER
                                              :
EMPIRE CORNER 2 INC, et al.,                  :
                                              :
                Defendants.                   :
                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge:**

This case has been assigned to me for all purposes. Parties shall familiarize themselves with the Court's individual rules, available at https://nysd.uscourts.gov/hon-ona-t-wang.

Parties are also directed to file a joint status letter by **April 1, 2020**.

**SO ORDERED.**

Dated: February 13, 2020          _s/ Ona T. Wang_
       New York, New York         **Ona T. Wang**
                                  United States Magistrate Judge